UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

FILED
NOV 1 8 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| MATTHEW JAMAL JACKSON, § <br> SID # 1018145, § <br> § <br> Petitioner § <br> § <br> v. § <br> § <br> BEXAR COUNTY SHERIFF § <br> SUSAN PAMERLEAU, § <br> § <br> Respondent § | Civil Action <br> No. SA-15-CA-955-XR |

# JUDGMENT

Pursuant to this Court's Dismissal Order, Petitioner Matthew Jamal Jackson's 28 U.S.C. § 2254 Habeas Corpus Petition is **DISMISSED WITHOUT PREJUDICE.**

DATED: November 17, 2015

_____
XAVIER RODRIGUEZ
United States District Judge